# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Scott M. Davis**<br>　　　　　　　　　Debtor(s) | **BK NO. 21-20734 JAD** |
| **MIDFIRST BANK**<br>　　　　　　　　　Movant<br>　　vs. | **Chapter 7**<br><br>**Related to Doc#21** |
| **Scott M. Davis**<br>　　　　　　　　　Debtor(s) | |
| **Rosemary C. Crawford**,<br>**Trustee** | |

## CERTIFICATE OF SERVICE OF
## Default Order on Motion for Relief from the Automatic Stay

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 3, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Scott M. Davis
233 Church Street
Homestead, PA 15120

Attorney for Debtor(s)
Dennis J. Spyra, Esq.
119 First Avenue
Pittsburgh, PA 15222

Trustee
Rosemary C. Crawford
P.O. Box 355 (VIA ECF)
Allison Park, PA 15101

Method of Service: electronic means or first class mail

Dated: June 3, 2021

　　　　　　　　　　　　　　　　　　　　**/s/ Maria Miksich, Esquire**
　　　　　　　　　　　　　　　　　　　　Maria Miksich, Esquire
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 319383
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　MMiksich@kmllawgroup.com