Form 319

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Scott M. Davis**                                              :                    Case No. 21–20734–JAD
    *Debtor(s)*                                        :
                                      :                    Chapter: 7
                                        :
                                        :
                                        :
                                        :

## ORDER

       In a Chapter 7 case, *Fed.R.Bankr.P. 1007(c)* requires an individual Debtor to file a **Statement of Completion** evidencing completion of a personal financial management course, or alternatively, a **Certification** that the Debtor is not required to complete such course due to incapacity, dischargeability, or active military duty. The deadline for filing one of the above documents is within 60 days after the first date set for the meeting of creditors under *Section 341* of the *Bankruptcy Code. 11 U.S.C. §727(a)(11)* requires that no discharge shall be granted unless the Debtor completes an instructional course concerning personal financial management after filing the petition or is excused from the requirement to do so.

       In this case, the Debtor(s) failed to timely file a Certification substantially conforming to *Official Form No. 423*, i.e., a **Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management**, which reflects timely attendance at a course in personal financial management, or alternatively, a basis for excuse from such obligation.

       **AND NOW**, this **The 23rd of July, 2021**, it is hereby **ORDERED, ADJUDGED and DECREED** that this case is **DEEMED CLOSED, without entry of a discharge order.** Debtor(s) shall not receive a discharge of his or her debts in this bankruptcy case.

Dated: July 23, 2021                                          <u>Jeffery A. Deller</u>
                                                 United States Bankruptcy Judge

cm: Debtor
     Dennis Spyra, Esq.
     Rosemary Crawford, Esq.
     Office of the U.S. Trustee
     All Parties on the Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 21-20734-JAD

Scott M. Davis                                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                  User: culy                                  Page 1 of 2

Date Rcvd: Jul 23, 2021                          Form ID: 319                          Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott M. Davis, 233 Church Street, Homestead, PA 15120-2415 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15357371 | + | Accelerated Inventory Managment/Webbank, c/o Demetrios H. Tsarouhis, Esquire, 21 South 9th St., Allentown, PA 18102-4861 |
| 15357374 | | Duquesne Light Company, P.O. Box 371324, Pittsburgh, PA 15250-7324 |
| 15357379 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15357382 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15357383 | | Pennsylvania Municipal Service Co., 336 Delaware Ave., Dept U-530-A, Oakmont, PA 15139-2138 |
| 15357384 | + | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15357385 | | Sunrise Credit Services, Inc., P.O.. Box 9100, Farmingdale, NY 11735-9100 |
| 15357387 | + | TD Bank USA/ Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15357389 | + | Webbank, c/o FBCS, 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 23 2021 23:00:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 23 2021 23:15:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357372 | + | Email/Text: convergent@ebn.phinsolutions.com | Jul 23 2021 23:00:56 | Convergent, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 15357373 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 23 2021 23:15:14 | Credit One Bank/LVNV Funding, c/o Resurgent Capital Services, PO Box 10826, Greenville, SC 29603-0826 |
| 15357378 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 23 2021 23:15:18 | Macys/DSNB, P.O. Box 8218, Mason, OH 45040 |
| 15357375 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jul 23 2021 23:00:00 | ESB/Harley Davidson Cr, 3850 Arrowhead Dr., Carson City, NV 89706-2016 |
| 15357376 | + | Email/Text: bankruptcy@huntington.com | Jul 23 2021 23:00:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15357377 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 23 2021 23:00:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15357380 | + | Email/Text: processing@keybridgemed.com | Jul 23 2021 23:00:00 | Med Health Services Management, c/o Key Bridge, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15357381 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Jul 23 2021 23:04:51 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15359666 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 23 2021 23:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15357386 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0315-2            User: culy            Page 2 of 2

Date Rcvd: Jul 23, 2021            Form ID: 319            Total Noticed: 27

| | | | | |
|---|---|---|---|---|
| | | | Jul 23 2021 23:04:56 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15358115 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Jul 23 2021 23:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357388 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jul 23 2021 23:00:00 | Verizon Wireless, c/o Jefferson Capital System, 16 Mcleland Rd., Saint Cloud, MN 56303-2198 |
| 15357390 | + | Email/Text: bankruptcy@fncbinc.com | | |
| | | | Jul 23 2021 23:00:00 | Webbank/Fingerhut, c/o FNCB, Inc., 50 W Liberty Street, Suite 250, Reno, NV 89501-1973 |
| 15357391 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Jul 23 2021 23:00:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MIDFIRST BANK |
| 15359667 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dennis J. Spyra | on behalf of Debtor Scott M. Davis attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6