**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Scott M. Davis** | Social Security number or ITIN   xxx–xx–5257 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 21–20734–JAD | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Scott M. Davis

<u>8/4/21</u>                                                         **By the court:**   <u>Jeffery A. Deller</u>
                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-20734-JAD
Scott M. Davis     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 3
Date Rcvd: Aug 04, 2021     Form ID: 318     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott M. Davis, 233 Church Street, Homestead, PA 15120-2415 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15357371 | + | Accelerated Inventory Managment/Webbank, c/o Demetrios H. Tsarouhis, Esquire, 21 South 9th St., Allentown, PA 18102-4861 |
| 15357374 | | Duquesne Light Company, P.O. Box 371324, Pittsburgh, PA 15250-7324 |
| 15357379 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15357382 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15357383 | | Pennsylvania Municipal Service Co., 336 Delaware Ave., Dept U-530-A, Oakmont, PA 15139-2138 |
| 15357384 | + | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15357385 | | Sunrise Credit Services, Inc., P.O.. Box 9100, Farmingdale, NY 11735-9100 |
| 15357389 | + | Webbank, c/o FBCS, 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Aug 05 2021 03:13:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 05 2021 03:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2021 23:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 04 2021 23:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: RECOVERYCORP.COM | Aug 05 2021 03:13:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357372 | + | EDI: CONVERGENT.COM | Aug 05 2021 03:13:00 | Convergent, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 15357373 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2021 23:12:57 | Credit One Bank/LVNV Funding, c/o Resurgent Capital Services, PO Box 10826, Greenville, SC 29603-0826 |
| 15357378 | + | EDI: CITICORP.COM | Aug 05 2021 03:13:00 | Macys/DSNB, P.O. Box 8218, Mason, OH 45040 |
| 15357375 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 04 2021 23:11:00 | ESB/Harley Davidson Cr, 3850 Arrowhead Dr., Carson City, NV 89706-2016 |
| 15357376 | + | Email/Text: bankruptcy@huntington.com | Aug 04 2021 23:11:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15357377 | | EDI: IRS.COM | Aug 05 2021 03:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

Case 21-20734-JAD    Doc 31    Filed 08/06/21    Entered 08/07/21 00:32:23    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: culy | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Aug 04, 2021 | Form ID: 318 | Total Noticed: 29 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 15357380 | + | Email/Text: processing@keybridgemed.com | Aug 04 2021 23:11:00 | Med Health Services Management, c/o Key Bridge, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15357381 | + | EDI: AISMIDFIRST | Aug 05 2021 03:13:00 | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15359666 | | EDI: PENNDEPTREV | Aug 05 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15359666 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2021 23:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15357386 | + | EDI: RMSC.COM | Aug 05 2021 03:13:00 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 15358115 | + | EDI: RMSC.COM | Aug 05 2021 03:13:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357387 | + | EDI: WTRRNBANK.COM | Aug 05 2021 03:13:00 | TD Bank USA/ Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15357388 | + | EDI: JEFFERSONCAP.COM | Aug 05 2021 03:13:00 | Verizon Wireless, c/o Jefferson Capital System, 16 Mcleland Rd., Saint Cloud, MN 56303-2198 |
| 15357390 | + | Email/Text: bankruptcy@fncbinc.com | Aug 04 2021 23:11:00 | Webbank/Fingerhut, c/o FNCB, Inc., 50 W Liberty Street, Suite 250, Reno, NV 89501-1973 |
| 15357391 | + | EDI: BLUESTEM | Aug 05 2021 03:13:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MIDFIRST BANK |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15359667 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 3 of 3 |
| Date Rcvd: Aug 04, 2021 | Form ID: 318 | Total Noticed: 29 |

Dennis J. Spyra
    on behalf of Debtor Scott M. Davis attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
    crawfordmcdonald@aol.com PA68@ecfcbis.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6