IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/4/21 6:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Scott M. Davis ) | Case No.21-20734 JAD |
| ) | |
| Debtor ) | Chapter 13 |
| _____ ) | |
| Scott M. Davis ) | Related To ECF Nos. 27, 25 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| No Respondent ) | |
| ) | |

## ORDER

AND NOW, this <u>4th</u> day of <u>August</u>, 2021, and upon consideration of the foregoing Motion to Reconsider Order Closing Case Without Entry of a Discharge Order Dated July 23, 2021, it is hereby:

ORDERED that the Order Closing Case Without Entry of A Discharge Order Dated July 23, 2021 be and hereby is VACATED.

_____
Hon. Jeffery A. Deller    mas
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
   All Creditors and Parties in Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-20734-JAD |
| Scott M. Davis | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott M. Davis, 233 Church Street, Homestead, PA 15120-2415 |
| cr | + | Peoples Natural Gas Company LLC, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15357371 | + | Accelerated Inventory Managment/Webbank, c/o Demetrios H. Tsarouhis, Esquire, 21 South 9th St., Allentown, PA 18102-4861 |
| 15357374 | | Duquesne Light Company, P.O. Box 371324, Pittsburgh, PA 15250-7324 |
| 15357379 | + | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 15357381 | + | Midland Mortgage/Midfirst, P.O. Box 268959, Oklahoma City, OK 73126-8959 |
| 15357382 | | Pennsylvania American Water, P.O. Box 371412, Pittsburgh, PA 15250-7412 |
| 15357383 | | Pennsylvania Municipal Service Co., 336 Delaware Ave., Dept U-530-A, Oakmont, PA 15139-2138 |
| 15357384 | + | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 15357385 | | Sunrise Credit Services, Inc., P.O.. Box 9100, Farmingdale, NY 11735-9100 |
| 15357387 | + | TD Bank USA/ Target Credit, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 15357389 | + | Webbank, c/o FBCS, 330 S. Warminster Rd., Suite 353, Hatboro, PA 19040-3433 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 04 2021 23:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Aug 04 2021 23:12:57 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357372 | + | Email/Text: convergent@ebn.phinsolutions.com | Aug 04 2021 23:11:00 | Convergent, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 15357373 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2021 23:12:55 | Credit One Bank/LVNV Funding, c/o Resurgent Capital Services, PO Box 10826, Greenville, SC 29603-0826 |
| 15357378 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2021 23:13:02 | Macys/DSNB, P.O. Box 8218, Mason, OH 45040 |
| 15357375 | + | Email/Text: bankruptcy.notices@hdfsi.com | Aug 04 2021 23:11:00 | ESB/Harley Davidson Cr, 3850 Arrowhead Dr., Carson City, NV 89706-2016 |
| 15357376 | + | Email/Text: bankruptcy@huntington.com | Aug 04 2021 23:11:00 | Huntington National Bank, P.O. Box 1558, Columbus, OH 43216-1558 |
| 15357377 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2021 23:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15357380 | + | Email/Text: processing@keybridgemed.com | Aug 04 2021 23:11:00 | Med Health Services Management, c/o Key Bridge, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15359666 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 04 2021 23:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15357386 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 23:13:01 | SYNCB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |

| 15358115 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 04 2021 23:13:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15357388 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2021 23:11:00 | Verizon Wireless, c/o Jefferson Capital System, 16 Mceland Rd., Saint Cloud, MN 56303-2198 |
| 15357390 | + | Email/Text: bankruptcy@fncbinc.com | Aug 04 2021 23:11:00 | Webbank/Fingerhut, c/o FNCB, Inc., 50 W Liberty Street, Suite 250, Reno, NV 89501-1973 |
| 15357391 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 04 2021 23:11:00 | Webbank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | MIDFIRST BANK |
| 15359667 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Dennis J. Spyra | on behalf of Debtor Scott M. Davis attorneyspyra@dennisspyra.com deborah@dennisspyra.com;missdebrastone@msn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor MIDFIRST BANK mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 6